In the United States District Court
For the Northern District of Texas
Lubbock Division

Fidel Salazar 1506617
(Plaintiff)
v.
U.T.M.B-CMC et al
(Defendants)

Declaration
of Fidel Salazar 1506617

Civil Action No. 5:19-cv-124-C

---

Fidel Salazar 1506617 hereby declares:

Upon information and belief, I am answering some to the correspondence I received from the Attorney General's office on November 3rd 2020 for dismissal of my complaint;

First, I am not knowledgeable in law nor do I have any training in law matters.

Second, upon information and belief according to the material I've read states [S]ome times people will clear the Hep. C virus on their own 3-6 after contracting Hep. C. see: Hoffer et al v. Jones - Fla Dept. of Corr. Case No. 4:17-cv-214-MW/CAS U.S. Dist. Court N.D. Florida, Tallahasse Division (Pg. top first paragraph)
I contracted Hep.C in 1997, that I'm aware of.

Third, My named def.s do receive federal funds.
see: Roffollo v. Linthicum et al Civil Action No. 2:19-cv-262 US Dist. Court Southern Dist. of Tx. Corpus Christi Div. Pg. 4 (14) (original complaint)

Fourth, I've been granted an extention to affect the Mag-

Pg 1 of 3

istrates Judges report & Recommendations to dismiss certain def.s plus in my objections I added additional info. towards the Magistrate Judges report & Recommendations but the Senior United States District Judge Sam R. Cummings did not consider/accept. I did not understand the Magistrate Judges Questions in the Questionaire and only when the Magistrate Judge made his report & Recommendations did or believed gave me a better understanding of what those Questions were asking & required to answer those Questions. Again, I am not trained in law nor have prior experience in law matters such as I'm faced with now.

Fifth, Plaintiff Robello v. Linthicum, civil action No. 2:19-cv-262 and my situation are identical expect Mr. Robello has legal Representation and I don't.

In Addition to the above that I'm presenting on my behalf-defense I'm requesting that my complaint be not dismissed as moot or otherwise. 1st Because I need an Attorney to be (a)pointed by the court. 2nd I have been granted an extention to Appeal the dismissal of certain Def.s & claims and the result(s) could have great deal of significance to the present situation. 3rd the need of a outside indipendant 2nd opinion as to the accurate test results (RA-RNA) 6th Neither my step 1 & 2 grievance state I did not have Hel.c also neither Judge (Magistrate & Senior) indicated such after reviewing all my medical records making my/this situation that much more complicated-complex. And w/ my indirect access to the law library plus when requesting 74 F3d 657, 659 & 613 F2d 507, 511 I received on 1/4 the opinions, robbing me of my 2 of 3 items allowed (according to Law library officer) on Mon from the law library.

Pg. 2 of 3

Everything in Page 1 and 2 is upon information and belief and I declare under penalty of perjury that the foregoing is true and correct. Executed at ~~Collet~~ S. Tulia Unit - Tulia Tx. on November 7th 2020.

Fidel Salazar 1506617

Pg 3 of 3

In addition I am having to do legal writing on the floor - hard surface to write plus b/c of the sensitivity of the subject matter alot of inmates get upset of someone w/ H.P.C being housed w/ them so it creates even more of a hinderance to be careful while reading & writing about my H.P.C & legal issues.

Nov 7th 2020
Fidel Salazar
1506617

① Carl Hoffer v. Julie L. Jones Secretary of the Fla. Dept. of Corr. Case No. 4:17-cv-214-MW/CAS U.S. Dist. Court N.D. Fla., Tallahassee Div. 290 F.Supp. 3d 1292 (2017) Pg. 2 of 10 1st Paragraph

"As can be seen in the flowchart about 20-50% of people infected w/ HCV spontaneously clear the virus w/in six (6) months of infection."

---

② Medical doc. Middleton Unit date: 3/06/17 Pg 1 of 1:

"Procedure: Hep C Virus AB
Hep. C Virus AB Reactive A"

---

③ Correctional Managed Care Chronic Care Clinic Note Individualized Treatment Plan Date: 09/13/2017 Tomlin Unit,

"Hepatitis C first Observed 1/22/2016 11:20 AM"
"S: offender here for CCC HCV" (Chronic Care Clinic)

---

④ I-60 Inmate Request To Official To: Provider Gregory - Medical date: 8-2-20 Address: RB (Robertson Unit):

"Provider Gregory I seen you 7-31-20. I am requesting your assistance, would you please Provide me with the exact date in 2016-17 that I was flagged as a Chronic Care Patient? and by whom. Your immediate attention + response to my question(s) will be greatly appreciated. THANK You kindly!

Fidel Salazar 1506617   Unit: RB
Living Quarters: 12-B-43   Work Assignment: Nurse Transit

Disposition: 12-14-05 was first on Problem list. Reentered 11-23-10 + for some reason again 01-22-16" signed MLC 08/06/20 (Scanned Aug.05 2020)

Also enclosed I-60 to warden Almanza of his response date 9/23/20

pg. 1 of 2 over →

5) Correctional Managed Care Chronic Care Clinic Note
Individual Treatment Plan
Date: 03/23/2017   Facility: Middleton (NE)
S: Here to determine APRI; last CCC was 2/22/16
O: AST: 20
Platelets: 180
APRI: 0.28 → No AVT offered at this time
HCV RNA-PCR Quant: not detected
A: HCV+
P: 1. Draw HCV RNA-PCR Quant on 9/11/17
   2. Hep C CCC on 9/18/17 to review HCV RNA-PCR Quant

Procedures Ordered:
Date Time              Description                  Diagnosis
3/23/17                Chronic Care Provider 2-      Hepatitis C
1:58 PM                Intermediate Office Visit (F)
9/11/2017              Hepatitis C Virus (HCV)       Real - hepatitis C
1:58 PM                Time PCR Quantitive LEV 2

↑ Related documents to confirmation of the p.c as of 2016 and 2017 plus information provided in Hoffer vs. Jones (Fla.) that "[Y]our body can sometimes clear the Hep C virus from 3-6 months of contracting the virus"

CCC = Chronic Care Clinic (for those w/ Hep C & HIV etc.)
All the mentioned docs pg 2
I have only one copy teen - pg 2
able to provide the court w/one, But the court should or should already have their own or access.

Warden Alamanza, b/c I have no direct access to Law Library, T.D.C.J Board Policy 03.81-111. Performance of legal work pg. 7 of 17 A. Location of Inmates (P) locations: Offenders may perform legal work in the Unit law library, in their cells, or in other areas designated by the warden.

B/c I don't have direct access, no cell I am housed in has permission to use an area designated by the warden. Ms. Kelly-Officer Kelly informed me that I could Not perform legal work in dayroom. Tina is of great assistance. I wait in earnest. Thank-Ku!

Fidel Salazar 1506617

Unit: M3 Tulia

JLo: If med. Squad
Per policy, offenders are not allowed to do legal work in the dayroom. Refer to your Orientation handbook.

M2C

To: Warden Alamanza
Address: N3-Tulia

Leo

Date: 9-23-20

